IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 3:09-cr-132-MEF |
| | ) |
| ALJAWON MILES | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's Objection to the Report and Recommendation of the Magistrate Judge (Doc. #25) filed on November 10, 2009 is OVERRULED;

2. The Recommendation of the United States Magistrate Judge entered on October 28, 2009 (Doc. #23) is ADOPTED;

3. The defendant's motion to dismiss indictment (Doc. #13) is DENIED.

DONE this the 22nd day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE